IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:09CR46 |
| v. | ) | |
| LUIS JOSE APONTE and CHRISTIAN TAPIA-VALENTIN, | ) | ORDER |
| Defendants. | ) | |

Pursuant to the Opinion of the Eighth Circuit Court of Appeals (Filing No. 99) and Judgment (Filing No. 100),

IT IS ORDERED:

1. The indictment as to defendants Luis Jose Aponte and Christian Tapia-Valentin is hereby dismissed.

2. The defendant Luis Jose Aponte is hereby released from pretrial supervision.

3. Christian Tapia-Valentin is hereby ordered released from Bureau of Prisons custody to his detainer.

DATED this 3rd day of November, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge